UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEARRE WILLIAMS,

                            Plaintiff,

              -against-

GREEN HAVEN C.F.; NURSE
PRACTITIONER; MR. PEREZ; MR.
HINDSBECK; MR. CUELLO,

                        Defendants.

25-CV-6859 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

By order dated October 1, 2025, the Court directed Plaintiff to file an amended pleading within 60 days. (ECF 4.) That order specified that failure to comply would result in dismissal of the complaint for failure to state a claim on which relief may be granted. Plaintiff did not file an amended complaint. He did, however, file two letters, dated October 20, 2025 (ECF 5) and January 6, 2026 (ECF 6), in which he challenges the Court's analysis of his claims in its order to amend. Plaintiff states that October 20, 2025 letter "should serve as an amendment." (ECF 5, at 1.)

Even if the Court were to construe Plaintiff's letters as an amended complaint, he alleges no facts that would cure the deficiencies identified in the Court's October 1, 2025 order to amend. For example, Plaintiff alleges[1]

> 1. My 2nd Admendments rights is violated as a (B.H.I.) Black Hebrew Israelite. 2. 8th Admendment rights is also violated. 14th Admendment rights were I was unlawfully assaulted. The dollar amount appears on motion so what's wrong with the next course of action of services from courts? . . . The dollar amount right now is $12,000,000. I'm also adding Taylor law[,] Halt-law, Jim-Crowism, Racial Disparty, Due Process, And seizures medication is a dam life saving medication. Not no headache. As well as high Blood pressure to the list. As well as H.I.P.A.A. Rights, civil rights and robbery was the doctrine of there actions.

---

[1] The Court quotes from Plaintiff's letters verbatim. All spelling, grammar, and punctuation are as in the original unless otherwise noted.

(ECF 5, at 1-2.)

Because Plaintiff has not filed an amended complaint and his letters do not cure the deficiencies identified in the Court's order to amend, the Court dismisses this action for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    May 26, 2026
          New York, New York

_____
          Louis L. Stanton
          U.S.D.J.

2