UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEARRE WILLIAMS,

                    Plaintiff,

          -against-                                    25 CIVIL 06859 (LLS)

GREEN HAVEN C.F.; NURSE PRACTITIONER;          **CIVIL JUDGMENT**
MR. PEREZ; MR. HINDSBECK; MR. CUELLO.,

                    Defendants.


          For the reasons stated in the May 26, 2026, order, Plaintiff has not filed an amended

complaint and his letters do not cure the deficiencies identified in the Court's order to amend, the

Court dismisses this action for failure to state a claim on which relief may be granted. See 28

U.S.C. § 1915(e)(2)(B)(ii).

          SO ORDERED.

 Dated:   May 28, 2026
          New York, New York


                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge